# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Duncan Aviation, Inc. ) ASBCA No. 58733
)
Under Contract No. N00019-06-D-0018 )

APPEARANCES FOR THE APPELLANT: Gregory Petkoff, Esq.
Matthew Haws, Esq.
Carla Weiss, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
Washington, DC

APPEARANCES FOR THE GOVERNMENT: Ronald J. Borro, Esq.
Navy Chief Trial Attorney
Robert C. Ashpole, Esq.
James T. DeLanoy, Esq.
Senior Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled.

The appeal is dismissed with prejudice.

Dated: 15 April 2014

ELIZABETH A. TUNKS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58733, Appeal of Duncan Aviation, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals